190 So. 922
**Johnnie D. KING and Willie Madden v. STATE.**
**8 Div. 847.**

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 922
**W. D. (alias Bill) KING v. STATE.**
**8 Div. 874.**

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

195 So. 909
**R. T. KIRKHAM v. NATIONAL CASH REGISTER CO.**
**2 Div. 684.**

Court of Appeals of Alabama.
March 26, 1940.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 888
**Eugene KNOSSP v. STATE.**
**7 Div. 473.**

Court of Appeals of Alabama.
Jan. 30, 1940.

J. A. Johnson, of Ft. Payne, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 915
**Carrol LAMBERT v. CITY OF TUSCALOOSA.**
**6 Div. 581.**

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

195 So. 909
**Schley LAMPKIN v. STATE.**
**6 Div. 635.**

Court of Appeals of Alabama.
March 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.